UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Vicente Valles, <br><br> Plaintiff, <br> v. <br><br> La Ilusion Grocery, Inc. and Francisco Realzola, <br><br> Defendants. | Case No. 1:16-CV-6978 <br><br> Judge Milton I. Shadur |

### JOINT STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, Vicente Valles, and Defendants, La Ilusion Grocery, Inc. and Francisco Realzola, by and through their attorneys, hereby submit this Joint Stipulation to Dismiss with Prejudice the above-captioned action, with each party to bear its own costs and attorneys' fees, pursuant the parties' settlement agreement.

Dated: April 12, 2017

Respectfully Submitted,

By: **VICENTE VALLES**
By: /s/ Valentin Narvaez
Valentin Narvaez
Consumer Law Group, LLC
6232 N. Pulaski Road, Suite 200
Chicago, IL 60646
vnarvaez@yourclg.com

**LA ILUSION GROCERY, INC. and FRANCISCO REALZOLA**
By: /s/ Jennifer Adams Murphy
Jennifer Adams Murphy
Wessels Sherman
2035 Foxfield Road
St. Charles, Illinois 60174
jemurphy@wesselssherman.com